UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
ERIC SEAN ALSTON, JR,

                    Plaintiff(s),

           -against-

GRINDING AND POLISHING MACHINERY
CORPORATION and
DIVINE BROTHERS COMPANY,

                    Defendant(s).
-------------------------------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Docket No: 1:19-cv-00642-GBD

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant DIVINE BROTHERS COMPANY.

Dated: New York, New York
       May 31, 2019

                                                        _____
                                                        Weitzman Law Offices, L.L.C.
                                                        *Attorneys for Plaintiff*
                                                        30 Wall Street, 8th Fl.
                                                        New York, NY 10005

Wilson Elser Moskowitz Edelman & Dicker, L.L.P.
*Attorneys for Defendant*
Grinding and Polishing Machinery Corporation
1133 Westchester Avenue
White Plains, NY 10604

Knych & Whritenour, L.L.C.
*Attorneys for Defendant*
Divine Brothers Company
300 South State Street, Suite 404
Syracuse, New York 13202

                              SO ORDERED: _____
                                                    Hon. George B. Daniels, U.S.D.J.